LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA Bar #96171
717 K Street, Suite 224
Sacramento, California 95814
Telephone: (916) 441-4550

Attorney for Defendant
AARON WARREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr. S-05-00161 FCD |
| Plaintiff, ) | |
| ) | SUBSTITUTION OF ATTORNEY |
| v. ) | |
| AARON WARREN, ) | |
| Defendant. ) | |

It is respectfully requested that John P. Brennan be relieved as attorney of record and Scott L. Tedmon, 717 K Street, Suite 224, Sacramento, California 95814, telephone number (916) 441-4540, be substituted in as counsel for defendant Aaron Warren in the above-entitled case.

DATED: September 9, 2005            Respectfully submitted,
                                    BRENNAN & TEJEDA

                                    _____
                                    JOHN P. BRENNAN

I accept the substitution.

DATED: September 9, 2005            LAW OFFICES OF SCOTT L. TEDMON

                                    _____
                                    SCOTT L. TEDMON

I consent to the substitution.

DATED: September 9, 2005

                                    _____
                                    AARON WARREN
                                    Defendant

- 1 -

**O R D E R**

IT IS SO ORDERED.

DATED: September 13, 2005

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL, JR.
                                        United States District Judge