```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    AARON TERRELL WARREN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0161 FCD |
| Plaintiff, | **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| AARON TERRELL WARREN, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | Date: March 31, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. FRANK C. DAMRELL, Jr. |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on March 13, 2008. The motion was set for hearing on March 31, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

On October 11, 2005, this Court sentenced Mr. Warren to a term of imprisonment of 87 months. The parties agree, and the Court finds, that Mr. Warren is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 29 to 27.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 70 months;

1  IT IS FURTHER ORDERED that all other terms and provisions of the
2  original judgment remain in effect.
3  Unless otherwise ordered, Mr. Warren shall report to the United
4  States Probation office closest to the release destination within
5  seventy-two hours after his release.
6  Dated:  March 26, 2008

                                HONORABLE FRANK C. DAMRELL, Jr.
                                United States District Judge

ORDER REDUCING SENTENCE
-2-