**FILED**

FEB -7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AARON TERRELL WARREN,

    Defendant.
_____/

CR. S-05-00161-01 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release AARON TERRELL WARREN, Case No. CR. S-05-00161-01 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ [ ]

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

|  |  |  |
|---|---|---|
| 1 | ___ | Corporate Surety Bail Bond |
| 2 | _X_ | (Other) [Defendant is sentenced to one-day imprisonment, to be served on February 7, 2011 in the United States Marshal's cell block from 10:30 a.m. to 4:00 p.m.. Defendant shall be released from the custody of the United States Marshal at 4:00 p.m. on February 7, 2011. A Judgment and Commitment Order to issue. |

Issued at Sacramento, CA on February 7, 2011 at 10:25 a.m.

Dated: February 7, 2011

_____
FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE

WARREN, AARON Order release TSR violation.wpd            2